United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Mondre Garrett,<br>    Defendant. | No. A:19-M-597-SH |

### Order

The Court has considered the parties' Joint Motion to Continue Speedy Trial Deadlines and finds that it is meritorious.

Accordingly,

IT IS ORDERED THAT the parties' motion is GRANTED;

IT IS FURTHERED ORDERED THAT the Government's deadline to indict this case is continued for a period of ninety days, to JANUARY 23, 2020.

The Court FINDS that the ends of justice served by granting the parties' jointly requested continuance outweigh the best interest of the public and the defendant in a speedy trial for the reasons stated in the accompanying motion.

Signed: _____

                                                    Susan Hightower
                                                    United States Magistrate Judge